Case 3:08-cv-01753-MHP    Document 5    Filed 04/01/2008    Page 1 of 5
CHARLES F. PREUSS (State Bar No. 45783)
MICHAEL J. STORTZ (State Bar No. 139386)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEOLA MENEESE, next of kin to SHARON MENEESE, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE; McKESSON PHARMACY SYSTEMS; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br>**[CIV. L.R. 3-13]** |

Pursuant to Civil L.R. 3-13, defendant SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") submits the following Notice of Pendency of Other Action or Proceeding:

On October 16, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") created MDL 1871, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, directing that then-pending Avandia®-related cases be transferred and coordinated for pretrial proceedings in the United States District Court for the Eastern District of Pennsylvania, before the Honorable Cynthia M. Rufe, pursuant to 28 U.S.C. §1407. To date, nearly 50 cases have been transferred to MDL 1871, and transfers of

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396278\1    NOTICE OF PENDENCY OF OTHER ACTION    CASE NO.

additional "tag-along" actions are pending. GSK seeks the transfer of this action to MDL 1871. Pursuant to Civil L.R. 3-13, GSK therefore respectfully requests that this Court stay this action, pending a decision on transfer by the JPML, to achieve judicial economies that underlie 28 U.S.C. Section 1407 (Multi-District Litigation Procedures) and to avoid conflicts, conserve judicial resources, and promote an efficient determination of the action.

Please take note that, in addition to MDL 1871, the following state court actions also allege marketing, sales practice and/or product liability claims against Smithkline Beecham Corporation d/b/a GlaxoSmithKline, related to the use of the prescription drug Avandia:

1. *Barnes, Sydney, Barnes, Sue Ellen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

2. *Burford, Karen v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

3. *Bosak, Kenneth, Bosak, Patricia v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 000521;

4. *Carrassquillo, Jose v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

5. *Cearley, Travis v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003877;

6. *Cox, Sr., Robert v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Superior Court of New Jersey, Atlantic County, No. 2-691-08;

7. *Fabyankovic, Janet v. SmithKline Beecham Corporation, McKesson Corporation and Does 1 through 15*, Superior Court for the State of California, San

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

NOTICE OF PENDENCY OF OTHER ACTION                                      CASE NO.

Francisco County, No. 08-471571;

8. *Fowler, Charles v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does One through Fifteen, inclusive*, Superior Court of the State of California, San Francisco County, No. 08-472715;

9. *Garcia, Yolanda v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 001967;

10. *Hall, Charles, Hall Susan v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002712;

11. *Hunter, Raymond v. GlaxoSmithKline, SmithKline Beecham Corporation, and GlaxoSmithKline PLC*, Court of Common Pleas, Philadelphia County, No. 000574;

12. *Kelly, Joseph v. SmithKline Beecham Corporation, GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Supreme Court of the State of New York, Erie County, No. 12007-11066;

13. *Killinger, Cheryl v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

14. *Kozar, Agnes, Kozar, Francis A. (Estate of) v. GlaxoSmithKline, PLC*, Court of Common Pleas, Philadelphia County, No. 004897;

15. *Lloyd, Linda, Lloyd, Michael (Estate of) v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Third Judicial Circuit, Salt Lake County, Utah, Case No. 070913924;

16. *Massey, Barbara v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons only);

17. *McClure, Benjamin, McClure, Susan v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 004431;

18. *Meneese, Leola; Meneese, Sharon v. SmithKline Beecham Corporation*

1  *d/b/a GlaxoSmithKline, McKesson Pharmacy Systems, and Does one through Fifteen*,
2  Superior Court of the State of California, San Francisco County, No. 08-472716;
3          19.    *Parks, Josephine v. SmithKline Beecham Corporation, et al.*, Court of
4  Common Pleas, Philadelphia County, No. 001670;
5          20.    *Perrenot, Preston v. SmithKline Beecham Corporation d/b/a*
6  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002454;
7          21.    *Self, Joe v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
8  of Common Pleas, Philadelphia County, No. 002457;
9          22.    *Tartack, Nancy, Tartack, Louis v. SmithKline Beecham Corporation,*
10 *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
11 of Common Pleas, Philadelphia County, No. 004010;
12         23.    *Thomas, Samuel, Thomas Ruth Ann v. SmithKline Beecham Corporation*
13 *d/b/a GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002483;
14         24.    *Tuley, Dorothy v. SmithKline Beecham Corporation d/b/a*
15 *GlaxoSmithKline*, Circuit Court of Cook County, Illinois;
16         25.    *Tuley, Noah (Estate of) v. SmithKline Beecham Corporation d/b/a*
17 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 002180;
18         26.    *White, Glenn v. SmithKline Beecham Corp., GlaxoSmithKline, and*
19 *SmithKline Beecham Corp. d/b/a GlaxoSmithKline*, Court of Common Pleas,
20 Philadelphia County, No. 003674;
21         27.    *Wright, Michelle v. SmithKline Beecham Corporation d/b/a*
22 *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County (Writ of Summons
23 only);
24         28.    *Yeager, Elizabeth, et al. v. SmithKline Beecham Corporation,*
25 *GlaxoSmithKline, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline*, Court
26 of Common Pleas, Philadelphia County, No. 004055; and
27 ///
28 ///

1      29.   *Yogus, William, Yogus, Barbara v. SmithKline Beecham Corporation d/b/a*

2  *GlaxoSmithKline*, Court of Common Pleas, Philadelphia County, No. 003669.

4  Dated: April 1, 2008                                   DRINKER BIDDLE & REATH LLP

                                                                                   */s/ Krista L. Cosner*
                                                              KRISTA L. COSNER

                                                              Attorneys for Defendants
                                                              SMITHKLINE BEECHAM
                                                              CORPORATION dba
                                                              GLAXOSMITHKLINE and McKESSON
                                                             CORPORATION