| | |
|---|---|
| 1 | CHARLES F. PREUSS (State Bar No. 45783) |
| 2 | MICHAEL J. STORTZ (State Bar No. 139386)<br>KRISTA L. COSNER (State Bar No. 213338) |
| 3 | DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor |
| 4 | San Francisco, California 94105<br>Telephone: (415) 591-7500 |
| 5 | Facsimile: (415) 591-7510 |
| 6 | Attorneys for Defendants<br>SMITHKLINE BEECHAM CORPORATION dba |
| 7 | GLAXOSMITHKLINE and McKESSON<br>CORPORATION |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEOLA MENEESE, next of kin to
SHARON MENEESE, deceased,

   Plaintiffs,

v.

SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE; McKESSON
PHARMACY SYSTEMS; and DOES 1
through 15, inclusive,

   Defendants.

Case No.

**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE
[F.R.C.P. 7.1]**

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant,

///
///
///
///

SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: April _/_, 2008

DRINKER BIDDLE & REATH LLP

_____
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105