1  CHARLES F. PREUSS (State Bar No. 45783)
   MICHAEL J. STORTZ (State Bar No. 139386)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
5
   Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11 | LEOLA MENEESE, next of kin to          | Case No.
12 | SHARON MENEESE, deceased,              |
13 |          Plaintiffs,                   | **DISCLOSURE STATEMENT OF McKESSON CORPORATION [F.R.C.P. 7.1]**
14 |   v.                                   |
15 | SMITHKLINE BEECHAM                     |
16 | CORPORATION dba                        |
   | GLAXOSMITHKLINE; McKESSON              |
17 | PHARMACY SYSTEMS; and DOES 1           |
   | through 15, inclusive,                 |
18 |          Defendants.                   |

19

20   The undersigned, counsel of record for Defendant McKESSON CORPORATION

21 (improperly sued as McKesson Pharmacy Systems) furnishes the following in

22 compliance with Federal Rule of Civil Procedure 7.1.

23   McKESSON CORPORATION, a publicly traded company, is the ultimate parent

24 corporation, through several levels of wholly owned subsidiaries, of defendant,

25 ///
26 ///
27 ///
28 ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396275\1

DISCLOSURE STATEMENT OF MCKESSON                                  CASE NO.

McKESSON CORPORATION. No publicly held company owns ten percent or more of the stock of McKESSON CORPORATION.

Dated: April /, 2008

DRINKER BIDDLE & REATH LLP

*[signature]* for
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\396275\1

DISCLOSURE STATEMENT OF McKESSON

2

CASE NO.