NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
CYNTHIA BROWN, ESQ., State Bar No. 248846
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6388
Telephone: (415) 441-5544

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOLA MENEESE, next of kin to SHARON MENEESE, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, MCKESSON CORPORATION, and DOES ONE through FIFTEEN, inclusive, <br><br> Defendants. | **CASE NUMBER C 08-01753 MEJ** <br><br> **PLAINTIFF'S DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

    Plaintiff herewith requests a trial by jury as to all issues of material fact.

DATED: April 7, 2008.        HERSH & HERSH, A Professional Corp.


By_____/s/_____
    CYNTHIA BROWN
    Attorneys for Plaintiff

---

PLAINTIFF'S DEMAND FOR JURY TRIAL