1  ALAN J. LAZARUS (State Bar No. 129767)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE; DAVID COOK; JESUS COTA; JO ELLEN GARNER; BARRON GATTA; CATHY GRAY; FRANKLIN JENKINS; GREGORY RODRIGUEZ; ROBERT RODRIGUEZ; ROGER TAVARES; LAVIOLA TOWNSEND,<br><br>         Plaintiffs,<br><br>     v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>         Defendants.<br><br>***And related actions as listed in Attachment A.*** | Case No. CV-07-05886 MHP<br>CV-07-05887 MHP<br>CV-07-05888 MHP<br>CV-07-05889 MHP<br>CV-07-05890 MHP<br>CV-07-05891 MHP<br>CV-07-06050 MHP<br>CV-07-06328 MHP<br>CV-08-01057 MHP<br>CV-08-01131 MHP<br>CV-08-01297 MHP<br>CV-08-01506 MHP<br>CV-08-01598 MHP<br>CV-08-01620 MHP<br>CV-08-01752 MHP<br>CV-08-01753 MHP<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO THIS COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION hereby designate the following attorneys from Drinker Biddle & Reath, LLP as counsel of record in this action:

ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

The following attorney is no longer counsel of record in this action:

DONALD F. ZIMMER, JR. (State Bar No. 112279)
Donald.Zimmer@dbr.com

Dated: May 14, 2008                    DRINKER BIDDLE & REATH LLP

                                       /s/ Alan J. Lazarus
                                       ALAN J. LAZARUS

                                       Attorneys for Defendants
                                       SMITHKLINE BEECHAM
                                       CORPORATION dba
                                       GLAXOSMITHKLINE and McKESSON
                                       CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\400111\1    NOTICE OF CHANGE IN COUNSEL                            CASE NO. CV-07-05886 MHP

***Attachment A***

The Notice of Change In Counsel filed by Defendants SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, relates to the following actions:

1. *Bone, Dorothy, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05886 MHP;

2. *Hall, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.,* Case No. CV-07-05887 MHP;

3. *Jefferson, James v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05888 MHP;

4. *Fisher, George v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05889 MHP;

5. *Thornton, Hector v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05890 MHP;

6. *Upshaw, Ivan v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-05891 MHP;

7. *Hefner, Rose, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06050 MHP;

8. *Bowles, Richard, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline et al.*, Case No. CV-07-06328 MHP;

9. *Pruett Sr., John v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01057 MHP;

10. *Khanna, Mohinder v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01131 MHP;

11. *Kellum, Jerry, et al. v. SmithKline Beecham Corporation dba GlaxoSmithKline, et al.,* Case No. CV-08-01297 MHP;

12. *Farris, Theresa, et al. v. SmithKline Beecham Corporation dba

1  *GlaxoSmithKline, et al.,* Case No. CV-08-01506 MHP;

2      13.    *Arriola, Martha v. SmithKline Beecham Corporation dba GlaxoSmithKline,*

3  *et al.,* Case No. CV- 08-01598-MHP;

4      14.    *Pruitt, Carolyn et al. v. SmithKline Beecham Corporation dba*

5  *GlaxoSmithKline, et al.,* Case No. CV-08-01620 MHP;

6      15.    *Fowler, Charles v. SmithKline Beecham Corporation dba GlaxoSmithKline*

7  *et al.,* Case No. CV-08-01752 MHP;

8      16.    *Meneese, Leola v. SmithKline Beecham Corporation dba GlaxoSmithKline*

9  *et al.,* Case No. CV-08-01753 MHP.